FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2017 APR -6  PM 2: 02

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

Derrick Toran             )
                          )
            Plaintiff,    )
                          )
        vs.               )        Cause No.
                          )
Renk Systems Corporation, )        **1  17-cv- 1101** LJM -MJD
                          )
            Defendant.    )

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant _____ for discrimination as set forth below.

Plaintiff ✓ DOES ____ DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name and Address

Derrick Toran
8421 Sawgrass Dr.
Indianapolis, IN 46234

Defendant's Name and Address

Renk Systems Corporation
8880 Union Mills Dr.
Camby, IN 46113

### II. JURISDICTION

1.  This complaint is brought pursuant to:

    ____✓____ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1343(a)(4);

    ____✓____ The Age Discrimination in Employment Act (29 U.S.C. § 621), and

jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ Other (list): _____

2.     Plaintiff ___✓ DID _____ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. **[Attach a copy of charge to this complaint]**.

3.     Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about ___January 10, 2017___ (insert date). **[Attach a copy of Notice of Right to Sue to this complaint]**.

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

___See attachment "A"_____

_____

_____

## IV. FACTS IN SUPPORT OF COMPLAINT

___See attachment "A"_____

_____

_____

_____

_____

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

See attachment "A"

_____

_____

_____

_____

_____

(Use additional sheets if necessary.)

## VI.  SIGNATURE

Signed this ___6___ day of __April_____, 20_17_.

_____
(Signature of Plaintiff)