Attachment "A"

### III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

The plaintiff was forced out of a position to make room for a young white male. The plaintiff was not given an option and was wrongfully terminated for asking questions regarding the new job duties/responsibilities and expectations. More importantly, the plaintiff never declined the new job during any time, and was never told he could lose his job if he didn't accept the new position. Hence, the plaintiff argues that he was wrongfully terminated for asking questions about the new role/responsibilities.

### IV. FACTS IN SUPPORT OF COMPLAINT

I was hired by Renk Systems Corporation in July 2015 as a Sales Engineer. My immediate supervisor was Joerg Cordes, President.

On June 23, 2016, I was called into a meeting with Joerg Cordes, Rainer Thomay, Managing Director, and Kerstin Buchheister, Head of Commercial Operations. Joerg told me they wanted me to take a new Service Manager position they were creating for the Marine Division. During the meeting, I inquired about the job description and was told it did not exist at this time, but Mrs. Buchheister would create one and send it to me. On July 15, I inquired about the job description in writing following a telephone call with Joerg on July 13. On July 18, I received the job description and followed-up with a July 20 letter asking specific questions about the position. I never received any response to my inquiries. On August 30, 2016, I was terminated by Joerg Cordes, allegedly because I did not seem motivated about taking the Service Manager job.

### V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

Plaintiff seeks $150,000 in lost wages and pain and suffering for wrongful termination which is

in violation of Title VII of the Civil Rights Act of 1964, as amended; and because of my age, 52, in violation of the Age Discrimination in Employment Act of 1967.