UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DERRICK TORAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:17-cv-01101-LJM-MJD |
| | ) |
| RENK SYSTEMS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF JUDGMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court, having this day made its Order granting summary judgment in favor of Defendant Renk Systems Corporation, hereby enters final judgment in this action in favor of Defendant and against Plaintiff Derrick Toran on all of Plaintiff's claims in the Complaint. Plaintiff shall take nothing by way of his Complaint. This action is DISMISSED with prejudice.

IT IS SO ORDERED this 23d day of August, 2017.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DERRICK TORAN
8421 Sawgrass Dr.
Indianapolis, IN 46234

David Williams Russell
HARRISON & MOBERLY (Indianapolis)
drussell@harrisonmoberly.com